# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| **Deborah L. Arnold,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 15-0765-CV-W-JTM |
| | ) |
| **Carolyn W. Colvin,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

Pending before the Court is plaintiff's *Motion For Award Of Attorney's Fees Pursuant to The Equal Access To Justice Act, Or Alternatively, Pursuant to 42 U.S.C. § 406(b),* filed September 21, 2016 [Doc. 28]. After due consideration of the issues presented, and in light of the agreement of the parties, it is

**ORDERED** that plaintiff's *Motion For Award Of Attorney's Fees Pursuant to The Equal Access To Justice Act, Or Alternatively, Pursuant to 42 U.S.C. § 406(b),* filed September 21, 2016 [Doc. 28] is **GRANTED**. Accordingly, plaintiff is awarded EAJA fees in the amount of $6,626.66.

                                                           */s/ John T. Maughmer*
                                                            **John T. Maughmer
                                                         United States Magistrate Judge**